1128

No. 78–730. AMERICAN EXPORT LINES, INC., ET AL. *v.* METAL TRADERS, INC. C. A. 2d Cir. Certiorari denied.

No. 78–746. GROSSMANN *v.* REDINGTON, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–763. RUTHERFORD ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 78–771. QUINN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–778. NATTER MANUFACTURING CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 78–785. ESPINOZA *v.* COPENHAVER, U. S. DISTRICT JUDGE. C. A. 4th Cir. Certiorari denied.

No. 78–786. McDANNALD *v.* HILL, ATTORNEY GENERAL OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–787. DeJAYNES ET AL. *v.* GENERAL FINANCE CORP. OF ILLINOIS. C. A. 7th Cir.

No. 78–790. SHIPPERS DISPATCH, INC. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–813. MATTHEWS ET AL. *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 78–822. WILCZYNSKI *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.